UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PRECIOUS BURTON,<br>Plaintiff,<br>v.<br>SHANE SICOUDI, *et al.*,<br>Defendants. | Case No. 3:26-cv-00569-MMD-CLB<br>ORDER |

*Pro se* Plaintiff Precious Burton filed an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")) and a complaint (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the IFP Application be granted and the Complaint be dismissed with leave to amend. (ECF No. 3.) Plaintiff had until August 12, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin reviewed Plaintiff's IFP Application and, finding she cannot pay the filing fee, recommends that the Court grant the IFP Application. (ECF No. 3 at 1-2.) Judge Baldwin also screened Plaintiff's one-page Complaint and recommends dismissal without prejudice because she offers no supporting facts for her claims. (*Id.* at 3-4.) The Court agrees with Judge Baldwin and will adopt the R&R.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No 1) is granted.

The Clerk of Court is directed to file the Complaint (ECF No. 1-1) but not issue summonses at this time.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed with leave to amend. Plaintiff has 30 days from the date of entry of this order to file an amended complaint curing the deficiencies outlined in the R&R. Failure to file an amended complaint may result in dismissal of this action for failure to state a claim.

DATED THIS 20th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE