UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PRECIOUS BURTON, Plaintiff, v. SHANE SICOUDI, *et al.*, Defendants. | Case No. 3:26-cv-00569-MMD-CLB ORDER |

*Pro se* Plaintiff Precious Burton filed an application to proceed *in forma pauperis* (ECF No. 1 (“IFP Application”)) and a civil rights complaint (ECF No. 1-1 (“Complaint”)). Before the Court is the Report and Recommendation (“R&R”) of United States Magistrate Judge Carla L. Baldwin, recommending that the case be dismissed without prejudice. (ECF No. 6.) Plaintiff had until October 8, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) (“De novo review of the magistrate judges’ findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.”). As Judge Baldwin stated in the R&R, Burton failed to comply with the Court’s order to file an amended complaint, despite the Court’s warning that failure to do so would result in dismissal. (ECF Nos. 6 at 2; 4 at 2.) Therefore, the Court will adopt Judge Baldwin’s recommendation to dismiss the case.

It is therefore ordered that Judge Baldwin’s Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 19th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE